# EXHIBIT A

Date: Wed, 5 Mar 2008 16:46:07 -0500
Subject: Executive Session
From: jgeorge@warwicksd.org
To: kmalleus@hotmail.com

Karen,  While you and Jay were meeting with Howard Kelin last night, the other remaining Board Members requested an Executive Session to be held on Tuesday, March 11 at 7:00 pm. Mr. Kelin will be in attendance.  Please confirm receipt of this message.

**\*\*INTERNET EMAIL CONFIDENTIALITY NOTICE \*\***
The information transmitted in this email is intended only for the person or entity to whom it is addressed, and contains confidential and/or privileged material that may be subject to protection under the law. If you are not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, disclosure, copying, or other use of this transmission, or taking of any action in reliance upon this information is strictly prohibited and subject to civil penalties. If you received this message in error, please contact the sender immediately by replying to this email, and delete this message from your computer.

# EXHIBIT B

**From:** Jeff Conrad
**To:** Cathy_Ketterman@identicard.com ; Dpusey2@ptd.net ; dnpegg@dejazzd.com ; fhostett@gmail.com ; kmalleus@hotmail.com ; Darryl Miller ; newb@dejazzd.com ; tqlqboys@aol.com ; bsahd@dejazzd.com
**Cc:** justice4u@dejazzd.com
**Sent:** Saturday, June 28, 2008 12:23 AM
**Subject:** Request for Document Production

**Dear Warwick School Board Directors:**

I bring you greetings from the Warwick Area Republican Committee and hope that all is well with each of you.

It has come to the attention of our Committee that we are losing our Superintendent, Dr. John George. This is disappointing to our Committee because we hold Dr. George in very high esteem. What is especially concerning to our Committee about the lose of Dr. George is that it has also come to our attention that the basis for Dr. George's leaving may have roots in actions of the membership of the School Board Directors themselves.

We endorsed the present Warwick School Board Directors because we believed and trusted that each of you would uphold the highest ideals and conduct yourselves with utmost integrity in fulfilling your duties as School Board Directors. The present incident concerning the high school band director and the allegation over his misconduct has unfortunately tarnished the otherwise impeccable reputation that you all once shared because there have been reports that members of the current Board of Directors may have played a hand in the matter when if first came to light two years ago. To date, full disclosure surrounding the issue and the School Directors roles, or lack thereof, has not been made.

It is our desire to support each of you as you go through this difficult time in your service as School Directors. However, we as a Committee have a greater responsibility to those who elected us to ensure that those whom we have endorsed are properly fulfilling their obligations. We are informed that a "30 page report" has been prepared by the school board solicitor, which details the incident and the roles that all who were involved played. Accordingly, we are requesting that the report that has been prepared be disclosed for review. We are aware that this "30 page report" was prepared at tax payer expense and is, therefore, the property of the Warwick Area School District taxpayers. We are further aware that this document is not a personnel document as this is not a personnel matter. The information that we seek is not related to personnel but rather to the conduct of our elected School Board Directors themselves. A redacted copy of this report will suffice as long as the role of any involved School Director is made clear.

The Warwick Area Republican Committee stands ready to support our endorsed School Directors when they stand up for what is right and just. Equally so, we will not stand by and lend our support or endorsement to anyone who does not seek the same.

Please let us know when we can review the document.

    Sincerely,

                                                     Warwick Area Republican Committee
                                                   *Jeffrey A. Conrad*
                                                    Chairman

# EXHIBIT C

Date: Fri, 8 Aug 2008 09:49:35 -0400
Subject: Cease and Desist
From: jgeorge@warwicksd.org
To: kmalleus@hotmail.com

Karen,
It has been reported to me that you have made statements that I consider to be defamatory. Specifically, you have stated to at least two individuals (including a school district administrator) that I intentionally took vengeful actions (i.e., seeking to have their employment terminated) against your son, Greg, and against Mr. Hostetter's daughter.  Your statements are false and have jeopardized my professional reputation. Therefore, I respectfully request that you cease and desist from making such statements and other statements that may damage my professional reputation.

Sincerely,
John George

**\*\*INTERNET EMAIL CONFIDENTIALITY NOTICE \*\***
The information transmitted in this email is intended only for the person or entity to whom it is addressed, and contains confidential and/or privileged material that may be subject to protection under the law. If you are not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, disclosure, copying, or other use of this transmission, or taking of any action in reliance upon this information is strictly prohibited and subject to civil penalties. If you received this message in error, please contact the sender immediately by replying to this email, and delete this message from your computer.