IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. KAREN MALLEUS,<br>              Plaintiff,<br><br>  v.<br><br>DR. JOHN J. GEORGE; DR. JILL M. HACKMAN; DR. JEFFREY A. CONRAD; LANCASTER NEWSPAPERS, INC.; CINDY STAUFFER; *INTELLIGENCER JOURNAL/LANCASTER NEW ERA* EDITOR DOE; and *SUNDAY NEWS* EDITOR DOE,<br>              Defendants. | Civil Action No. 5:10-CV-01357-JS<br><br>The Hon. Juan R. Sanchez<br><br><br><br>Electronically Filed |

## ENTRY OF APPEARANCE

Please enter the appearance of Barley Snyder LLC by George C. Werner, Esquire on behalf of Lancaster Newspapers, Inc., Cindy Stauffer, *Intelligencer Journal/Lancaster New Era* Editor Doe and *Sunday News* Editor Doe, all Defendants in the above-captioned matter.

                                      BARLEY SNYDER LLC

Dated: April 6, 2010          By: */s/ George C. Werner, Esquire*
                                                George C. Werner, Esquire
                                                Court ID No. 28757
                                                Attorneys for Lancaster Newspapers, Inc.,
                                                Cindy Stauffer, Intelligencer
                                                Journal/Lancaster New Era Editor Doe and
                                                Sunday News Editor Doe
                                                126 East King Street
                                                Lancaster, PA 17602-2893
                                                717-299-5201