IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. KAREN MALLEUS | : | CIVIL ACTION |
| | : | |
| v. | : | No.:10-1357 |
| | : | |
| DR. JOHN J. GEORGE, et al. | : | |
| *IN HIS INDIVIDUAL CAPACITY* | : | |

**ORDER**

AND NOW, this 12th day of May, 2010, it is hereby ORDERED a Rule 16 Conference be held in the above-captioned matter on June 22, 2010 at 11:00 a.m. in Courtroom 8B.  Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f) and to submit to the Court a joint case management order at least 24 hours prior to the Rule 16 Conference.[1]

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] See  Judge Sánchez's procedures:  www.paed.uscourts.gov/documents/procedures/sanpol.pdf.