IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. KAREN MALLEUS | : | CIVIL ACTION |
| v. | : | No. 10-1357 |
| DR. JOHN J. GEORGE, et al. | : | |

# ORDER

AND NOW, this 5th day of August, 2010, it is ORDERED:

- The Motion to Dismiss of Defendant John George and Jill Hackman (Document 27) is GRANTED. Counts I and II of Malleus's Complaint are DISMISSED against George and Hackman.

- Defendant Jeffrey Conrad's Motion to Dismiss (Document 24) is GRANTED. Counts I and II of Plaintiff Karen Malleus's Complaint are DISMISSED against Conrad. Count VI is DISMISSED without prejudice.

- The Motion to Dismiss State Claims (Document 25) filed by Defendants Intelligencer Journal/Lancaster, Lancaster Newspapers, Inc., Cindy Stauffer, and Sunday News Editor Doe is GRANTED. Counts III, IV, and V of Malleus's Complaint are DISMISSED without prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.